# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **JOHN MANUEL VALERO,** <br><br> **Defendant.** | CR 17-21-GF-BMM <br><br><br> **FINAL ORDER OF FORFEITURE** |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 21 U.S.C. § 853;

2. A Preliminary Order of Forfeiture (Doc. 52) was entered by the Court;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 21 U.S.C. § 853;

It is therefore ORDERED, DECREED, AND ADJUDGED that:

5. The Motion for Final Order of Forfeiture is GRANTED.

6. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- $3,496.00 in United States Currency.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 6th day of December 2017.

*Brian Morris* (signature)

Brian Morris
United States District Court Judge